UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CLOWER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 1:23-cv-01621-NODJ-HBK<br><br>ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION TO AMEND<br><br>(Doc. No. 23) |

On February 22, 2024, Plaintiff Jordan Clower ("Plaintiff") filed a Notice of Withdrawal of Regular Rate of Pay Claims in Plaintiff's First Amended Complaint. (Doc. No. 23, "Motion"). Plaintiff advises that she is withdrawing her claims based on Defendant's failure to properly calculate the regular rate of pay as advanced in her First Amended Complaint (Doc. No. 14) filed on December 12, 2023. Accordingly, Plaintiff seeks to have Paragraphs 23-27, and 32 withdrawn from her First Amended Complaint. (Doc. No. 23 at 2). As of the date of this Order, Defendant has filed neither a response or notice on non-opposition to the Motion and the time do so has expired. Local Rule 230(c). Consistent with this Court's Local Rules, the Court construes Defendant's failure to respond o the Motion as a non-opposition. (*Id*.).

The Court construes the Plaintiff's Motion to dismiss Plaintiff's regular rate of pay claim

as a motion to amend the First Amended Complaint under Federal Rule of Civil Procedure 15(a)(2).  *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005) (Rule 15(a) "is appropriate mechanism" when party is eliminating an issue or one or more claims but not completely dismissing a defendant).  Finding no opposition from Defendants and no factors to deny the requested relief, *see e.g., C.F. v. Capistrano Unified School District*, 654 F.3d 975, 985 (9th Cir. 2011) (policy to amend should be applied with "extreme liberality"), the Court will grant the Motion.

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's construed motion to amend (Doc. No. 23) is GRANTED.
2. Paragraphs 23-27, and 32 of Plaintiff's First Amended Complaint (Doc. No. 14) are withdrawn.

Dated:     March 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE