UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN CLOWER,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | No. 1:23-cv-01621-KES-HBK<br><br>ORDER RELATING AND REASSIGNING CASES |
| MARTIN REYES,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | No. 2:24-cv-00300-WBS-DB<br><br>**New Case No. 2:24-cv-00300-KES-HBK** |

Defendant Costco Wholesale Corporation has filed a notice of related cases in the above-captioned actions. Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to

1

effect a substantial savings of judicial effort." L.R. 123(a)(3).  Additionally, the putative class in the *Reyes* case appears to include the putative class in the *Clower* case, the defendant is the same in each case, and the actions are based on the same or similar claims.  *See* L.R. 123(a)(1).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Good cause appearing, this Court finds the above-captioned cases are related and hereby ORDERS that Case No. 2:24-cv-00300-WBS-DB be reassigned from Senior District Judge William B. Shubb to District Judge Kirk E. Sherriff and from Magistrate Judge Deborah Barnes to Magistrate Judge Helena M. Barch-Kuchta.  The caption on documents filed in the reassigned case shall show the new case number: 2:24-cv-00300-KES-HBK.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   March 15, 2024

UNITED STATES DISTRICT JUDGE

2